UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBEN WILLS, | Case No. 1:24-cv-02764 (BMC) |
| Plaintiff, | Hon. Brian M. Cogan |
| - against - | **NOTICE OF MOTION** |
| ERIC T. SCHNEIDERMAN, et al., | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendant Eric T. Schneiderman, by and through his undersigned counsel, moves for an order dismissing Plaintiff Ruben Wills's Amended Complaint with prejudice, for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's November 21, 2024 Order, Plaintiff shall serve papers in opposition to this motion on or before December 20, 2024.

**WHEREFORE**, Defendant Eric T. Schneiderman respectfully requests that the Court grant this motion, as well as such other and further relief as the Court deems just and proper.

Dated: New York, New York
December 6, 2024

MINTZ & GOLD LLP

By: _/s/ Peter Guirguis_
    Peter Guirguis, Esq.
    Roger L. Stavis, Esq.
    Timothy J. Quill, Jr., Esq.
    600 Third Avenue, 25th Floor
    New York, New York 10016
    Tel: (212) 696-4848
    Fax: (212) 696-1231
    guirguis@mintzandgold.com
    stavis@mintzandgold.com
    quill@mintzandgold.com

    *Attorneys for Defendant*
    *Eric T. Schneiderman*

TO (via ECF):

Justin C. Bonus, Esq.
118-35 Queens Blvd.
Suite 400
Forest Hills, NY 11375
(347) 920-0160
justin.bonus@gmail.com

*Attorneys for Plaintiff Ruben Wills*